Del Rosario et al., Demandantes y Apelantes, *v.* Allende et al., Demandados y Apelados.

No. 3376.—*Visto:* Julio 21, 1924. *Resuelto:* Noviembre 6, 1924.

Apelación— Término para Apelar— Notificación de Sentencia— Radicación de la Notificación—Desestimación de Apelación.—Resolviendo negativamente una moción para desestimar, se estableció en este caso: que la mera

adición a los autos de una certificación fechada pero sin firmar por el secre-
tario, creditiva de que el día que expresa la fecha fué enviada una copia de
la notificación de la sentencia a la parte perjudicada por ésta, no constituye
la debida radicación de la notificación de la sentencia que de acuerdo con
el artículo 2 de la ley de 1911 sirve de base para limitar el término de
apelación.

MOCIÓN sobre desestimación de apelación. *No ha lugar.*

*M. Tous Soto* y *E. Campillo,* abogados de los apelantes; *J. Martí-
nez Dávila,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
bunal.

Los apelados presentaron una moción para desestimar
la apelación interpuesta contra la sentencia. Los apelantes
contestaron radicando *affidavits* y otras certificaciones de
las que aparece que la sentencia no fué notificada a los ape-
lantes y que no se archivó ninguna verdadera copia de la
notificación de la sentencia con los autos del caso. La única
cosa que parece justificar la moción de desestimación es una
certificación expedida por el secretario de la corte de dis-
trito, creditiva de que en el caso se archivó una notifica-
ción impresa en blanco y sin firmar, la cual contiene un
endoso al dorso en el que se expresa que una copia de la
referida notificación de la sentencia fué enviada al apelante,
o palabras a ese efecto.

El artículo 2 de la ley de marzo 9, 1911, (p. 238, Comp.
sec. 5339), prescribe lo siguiente:

"En todos los casos en que se pueda establecer el recurso de
apelación, según lo provisto en la Sección 295 del Código de Enjui-
ciamiento Civil, según fué enmendada en marzo 11 de 1908, será
deber del secretario de la corte, enviar a la parte perjudicada, o a
su abogado, al dictarse la sentencia, de la cual pueda establecerse
el recurso de apelación, una notificación escrita informándole que
la sentencia ha sido dictada, o de la resolución de la corte, y una
copia de esa notificación será archivada con los autos, y el término
para establecer el recurso de apelación, empezará a correr desde la
fecha del archivo de dicha notificación con los autos."

Como no existe la debida radicación de la notificación

de la sentencia somos de opinión de que no se fijó ninguna limitación al término para apelar, y *debe declararse sin lugar la moción de desestimación.*